### SOUTHERN RAILWAY COMPANY *v.* JOHNSON.

COBB, J. There was no error of law complained of. The evidence warranted the verdict rendered in the magistrate's court, and the judge of the superior court committed no error in overruling the petition for certiorari.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 10, 1902.

Certiorari. Before Judge Fite. Gordon superior court. September 13, 1901.

*Shumate & Maddox* and *Harkins & Dodd*, for plaintiff in error. *Starr & Erwin*, contra.